PATRICK LITTLE, Appellant, *v.* THIRD AVENUE RAILROAD COMPANY, Respondent.

*Little* v. *Third Ave. R. R. Co.*, 83 App. Div. 330, affirmed.
(Argued March 25, 1904; decided April 8, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 12, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Jacob Fromme* for appellant.

*Charles F. Brown, Bayard H. Ames* and *Henry A. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ.

———

CATHERINE C. K. HAGAN, Appellant, *v.* SIDNEY WARD, Individually and as Executor of ANNA SUTHERLAND, Deceased, et al., Respondents.

(Submitted April 4, 1904; decided April 8, 1904.)

Motion for reargument denied, with ten dollars costs. (See 178 N. Y. 560.)

———

ENOS N. TAFT, as Assignee in Bankruptcy of GEORGE RIKER, Respondent, *v.* WILLIAM McCARTY LITTLE, Individually and as Executor of AUGUSTA McCARTY LITTLE, Deceased, Appellant.

(Submitted April 4, 1904; decided April 8, 1904.)

Motion for reargument denied, with ten dollars costs. (See 178 N. Y. 127.)